**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONORO INVEST, S.A., | ) |
|    Plaintiff, | ) Case No. 2:15-cv-02286-JAD-CWH |
| vs. | ) **ORDER** |
| STEPHEN GOSS, et al., | ) |
|    Defendants. | ) |

Presently before the Court is pro se Defendant Stephen Goss's Motion for Extension of Time Within Which to Respond (ECF No. 29), filed on February 2, 2016. Mr. Goss requests an extension of 28 days to respond, though he does not specify which deadline he is seeking to extend. Given that there are not any pending motions in the case, the Court understands Ms. Goss to be requesting additional time to respond to Plaintiff Sonoro Invest, S.A.'s Amended Complaint (ECF No. 11). Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Defendant Stephen Goss's Motion for Extension of Time Within Which to Respond (ECF No. 29) is GRANTED.

IT IS FURTHER ORDERED that Defendant Stephen Goss must answer or otherwise respond to Plaintiff Sonoro Invest, S.A.'s Amended Complaint (ECF No. 11) by March 11, 2016.

DATED: February 4, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**