Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
amchampion@hollandhart.com

Lee A. Chilcote, Esq.
Christina C. Tizzano, Esq.
*Pro hac vice applications pending*
The Chilcote Law Firm LLP
The Cedar-Grandview Building
12434 Cedar Road, Suite Number 3
Cleveland Heights, Ohio 44106
Telephone: (216) 795-4117
Facsimile: (216) 795-4245
lee.chilcote@chilcotelaw.com
christina.tizzano@chilcotelaw.com

*Attorneys for Defendant Andrew Sherman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>Defendants<br><br>and<br><br>ABAKAN, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No. : 2:15-cv-02286-JAD-CWH<br><br>**JOINT EMERGENCY MOTION FOR CLARIFICATION OF ORDER GRANTING STAY OF DISCOVERY (ECF NO. 94)** |

Defendant Andrew Sherman ("Sherman"), by and through his attorneys of record, Patrick J. Reilly, Esq. and Andrea M. Champion, Esq. of the law firm of Holland & Hart, together with

1 Plaintiff Sonoro Invest, S.A. ("Plaintiff" or "Sonoro"), by and through its counsel of record,
2 hereby move on an emergency basis for clarification of the Magistrate Judge's Order Granting
3 the Motion to Stay Discovery (ECF No. 94) in the above-entitled action.  This Joint Motion is
4 based upon the attached Memorandum of Points and Authorities, the papers and pleadings on file
5 in this action, and any oral argument this Court may allow.

DATED this 27th day of May, 2016.

 /s/Michael Kolcun                                  /s/ Patrick J. Reilly
James Patrick Shea, Esq.                           Patrick J. Reilly, Esq.
Scott D. Fleming, Esq.                             Andrea M. Champion, Esq.
Armstrong Teasdale LLP                             Holland & Hart LLP
3770 Howard Hughes Parkway, Suite 200              9555 Hillwood Drive, Second Floor
Las Vegas, NV 89169                                Las Vegas, Nevada 89134
JShea@ArmstrongTeasdale.com
SFleming@ArmstrongTeasdale.com                     Lee A. Chilcote, Esq.
                                                   Christina C. Tizzano, Esq.
Richard Mescon, Esq.                               *Pro hac vice applications pending*
Sherli Furst, Esq.                                 The Chilcote Law Firm LLP
Michael Kolcun, Esq.                               The Cedar-Grandview Building
*Pro hac vice*                                     12434 Cedar Road, Suite Number 3
Robins Kaplan LLP                                  Cleveland Heights, Ohio 44106
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611                      *Attorneys for Defendant*
RMescon@RobinsKaplan.com                           *Andrew Sherman*
SFurst@RobinsKaplan.com
MKolcun@RobinsKaplan.com

*Attorneys for Plaintiff*
*Sonoro Invest S.A.*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**JOINT EMERGENCY MOTION FOR CLARIFICATION**
**OF ORDER GRANTING MOTION TO STAY DISCOVERY ORDER (ECF NO. 94)**

**I.**

**INTRODUCTION AND RELEVANT BACKGROUND**

On May 4, 2016, Defendant Stephen Goss ("Goss") filed an Emergency Motion seeking a stay of discovery in light of his dispositive motion challenging the Court's exercise of personal jurisdiction (ECF No. 70).  Defendant Costas Takkas ("Takkas") joined Goss' Motion to Stay on May 5, 2016, as Takkas also filed a dispositive motion challenging jurisdiction (ECF No. 75). Sonoro filed its Omnibus Response on May 11, 2016 (ECF No. 79).  Mr. Sherman did not join or

otherwise respond to Goss' Motion to Stay Discovery.

On May 20, 2016, the Magistrate Judge issued an Order granting the Motion to Stay Discovery (ECF No. 94). The Order does not specify whether the stay applies broadly to all discovery in the action, or whether it is limited to particular defendants. Further, the Order does not identify the defendants against whom discovery is stayed. *Id*.

Based on the motions of the parties and the Court's Order, Mr. Sherman interpreted the stay as broadly applying to all discovery. Therefore, on May 25, 2016, Mr. Sherman informed Plaintiff that, in light of the stay, he would not produce further discovery responses, including supplemental responses previously scheduled to be produced on May 31, 2016. In response, also on May 25, 2015, Sonoro advised Mr. Sherman that it viewed the stay as limited to Goss and Takkas.

Mr. Sherman and Plaintiff, though counsel, participated in a meet and confer on May 26, 2016 and agreed to seek clarification from the Court as to the scope of the discovery stay. Accordingly, Defendant Andrew Sherman and Plaintiff Sonoro Invest S.A. make the instant emergency motion for clarification of the Court's Order Granting the Motion to Stay Discovery.

## II.

## LEGAL ARGUMENT

The Court possesses the inherent procedural power to reconsider, rescind, or modify its interlocutory orders so long as the Court has jurisdiction. *City of L.A. Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 885 (9th Cir. 2001). A magistrate judge possesses inherent power to clarify pretrial orders. 28 U.S.C. § 636(b)(1)(A).

Here, the scope of the Court's Order Granting Goss' Motion to Stay was ambiguous, as reasonably interpreted by the moving parties, and as a result, the moving parties request clarification, based on the following positions:

**Mr. Sherman**

It appears that this Court intended to stay discovery as to the entire action. Goss' Motion to Stay Discovery requested a blanket stay of all discovery (ECF No. 70), which was granted. Further, although Takkas joined Goss' Motion to Stay, the Court's Order granting the stay did

1 not specifically grant the joinder (ECF No. 75, 94). As Takkas was not specifically identified in the Court's Order, it appears that the Court intended to issue a blanket stay of discovery as to all parties. Moreover, Plaintiff's Omnibus Response conceded that the granting of Goss' Motion would "needlessly eviscerate the Court's Scheduling Order and effectively halt all discovery vis-à-vis Defendant Andrew Sherman, who did not file a dispositive motion." (ECF No. 79.) Since the Court considered the Plaintiff's Omnibus Response when it granted a stay of discovery, it appears that the stay was intended to apply to all discovery in this action.

**Plaintiff Sonoro Invest S.A.**

Defendants Goss and Takkas only sought individual stays of discovery due to their dispositive motions challenging jurisdiction. Mr. Sherman, on the other hand, filed no such dispositive motion so as to lend a similar argument for a stay of discovery against him. Nor did Mr. Sherman join the motions requesting a stay of discovery, or otherwise move with authority to support a stay on his own behalf. Therefore, Sonoro asserts the Court's Order only stayed discovery with respect to Defendants Goss and Takkas by virtue of their dispositive motions and their individual requests for a discovery stay. Mr. Sherman initially shared this interpretation as he later sought reconsideration of his motion for a protective order as to certain of Sonoro's discovery requests. (ECF No. 93). The Court then confirmed that discovery was to proceed against Mr. Sherman by setting a briefing schedule on his discovery motion. (ECF No. 97). While this litigation may practically encounter delays in the future given the pending dispositive motions, this case is proceeding against Mr. Sherman regardless of any other defendant's actions. Therefore, Sonoro respectfully asserts that the Court's Order only stayed discovery as to Defendants Goss and Takkas.

///

///

///

8833878_1

1 Mr. Sherman and the Plaintiff have met and conferred with respect to their different interpretations of the Court's Order granting a discovery stay and each party recognized the need for the Court's clarification. Therefore, Mr. Sherman and Plaintiff Sonoro Invest S.A. respectfully the Court's issue an order clarifying the scope of the stay of discovery.

DATED this 27th day of May, 2016.

| | |
|---|---|
| /s/Michael Kolcun<br>James Patrick Shea, Esq.<br>Scott D. Fleming, Esq.<br>Armstrong Teasdale LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>JShea@ArmstrongTeasdale.com<br>SFleming@ArmstrongTeasdale.com<br><br>Richard Mescon, Esq.<br>Sherli Furst, Esq.<br>Michael Kolcun, Esq.<br>*Pro hac vice*<br>Robins Kaplan LLP<br>601 Lexington Avenue, Suite 3400<br>New York, New York 10022-4611<br>RMescon@RobinsKaplan.com<br>SFurst@RobinsKaplan.com<br>MKolcun@RobinsKaplan.com<br><br>*Attorneys for Plaintiff*<br>*Sonoro Invest S.A.* | /s/ Patrick J. Reilly<br>Patrick J. Reilly, Esq.<br>Andrea M. Champion, Esq.<br>Holland & Hart LLP<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br><br>Lee A. Chilcote, Esq.<br>Christina C. Tizzano, Esq.<br>*Pro hac vice applications pending*<br>The Chilcote Law Firm LLP<br>The Cedar-Grandview Building<br>12434 Cedar Road, Suite Number 3<br>Cleveland Heights, Ohio 44106<br><br>*Attorneys for Defendant*<br>*Andrew Sherman* |

8833878_1

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2016, a true and correct copy of the foregoing **JOINT EMERGENCY MOTION FOR CLARIFICATION OF ORDER GRANTING STAY OF DISCOVERY (ECF NO. 94)** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

Craig Weiner, Esq.
*(pro hac vice to be submitted)*
Richard Mescon, Esq.
*(pro hac vice)*
Sherli Furst, Esq.
*(pro hac vice)*
Michael Kolcun, Esq.
*(pro hac vice)*
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
Email: cweiner@robinskaplan.com
   rmescon@robinskaplan.com
   sfurst@robinskaplan.com
   mkolcun@robinskaplan.com

James Patrick Shea, Esq.
Scott D. Fleming, Esq.
Jamie K. Combs, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Email: jshea@armstrongreasdale.com
   sfleming@armstrongteasdale.com
   jcombs@armstrongteasdale.com

*Attorneys for Plaintiff*

Maximiliano D. Couvillier III, Esq.
BLACK & LOBELLO
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89125
Email: mcouvillier@blacklobellolaw.com

Mark David Hunter, Esq.
*Admitted Pro Hac Vice*
HUNTER TAUBMAN FISCHER LLC
255 University Drive
Coral Gables, FL 33134
Email: mhunter@htflawyers.com

*Attorneys for Defendant*
*Costas Takkas*

Josephine Binetti McPeak, Esq.
MCDONALD CARANO WILSON
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Email: jmcpeak@mcdonaldcarano.com

Benjamin Calkins, Esq.
*Admitted Pro Hac Vice*
THE CALKINS LAW FIRM, LTD.
100 North Main Street, Suite 235
Chagrin Falls, OH 44022
Email: bencalkins@gmail.com

*Attorneys for Defendant*
*Stephen Goss*

   /s/ Susann Thompson
An employee of Holland & Hart LLP