Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
amchampion@hollandhart.com

Lee A. Chilcote, Esq.
Christina C. Tizzano, Esq.
*Pro hac vice applications pending*
The Chilcote Law Firm LLP
The Cedar-Grandview Building
12434 Cedar Road, Suite Number 3
Cleveland Heights, Ohio 44106
Telephone:  (216) 795-4117
Facsimile:  (216) 795-4245
lee.chilcote@chilcotelaw.com
christina.tizzano@chilcotelaw.com

*Attorneys for Defendant Andrew Sherman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>Defendants<br><br>and<br><br>ABAKAN, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No. :  2:15-cv-02286-JAD-CWH<br><br>**DECLARATION OF CHRISTINA C. TIZZANO IN SUPPORT OF JOINT EMERGENCY MOTION FOR CLARIFICATION OF ORDER GRANTING STAY OF DISCOVERY (ECF NO. 94)** |

I, Christina C. Tizzano, hereby declare under penalty of perjury as follows:

1.      I am an attorney of Chilcote Law Firm LLP and counsel of record for defendant

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

8833893_1

1    Andrew Sherman ("Mr. Sherman) in the above-entitled action.  I have personal knowledge

2    regarding the information contained herein.

3        2.      I submit this Declaration pursuant to L.R. 7-4 and in support of Mr. Sherman and

4    Plaintiff Sonoro Invest S.A.'s Joint Emergency Motion for Clarification of Order Granting Stay

5    of Discovery.

6        3.      Mr. Sherman and Plaintiff Sonoro Invest S.A. make the instant motion on an

7    emergency basis because certain of Mr. Sherman's responses to Plaintiff's First Request for

8    Production of Documents are due to be produced on May 31, 2016.

9        4.      I hereby certify that Mr. Sherman and Plaintiff Sonoro Invest S.A.'s Joint

10   Emergency Motion for Clarification of Order Granting Stay of Discovery is made in compliance

11   with L.R. 7-4.

12       I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true

13   and correct.

14       Executed this 27th day of May, 2016.

15                                    By:    /s/Christina C. Tizzano_____

16                                           CHRISTINA C. TIZZANO

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

8833893_1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2016, a true and correct copy of the foreging **DECLARATION OF CHRISTINA C. TIZZANO IN SUPPORT OF JOINT EMERGENCY MOTION FOR CLARIFICATION OF ORDER GRANTING STAY OF DISCOVERY (ECF NO. 94)** was served on counsel through the Court's electronic service system as follows:

<u>**Electronic Service:**</u>

Craig Weiner, Esq.
*(pro hac vice to be submitted)*
Richard Mescon, Esq.
*(pro hac vice)*
Sherli Furst, Esq.
*(pro hac vice)*
Michael Kolcun, Esq.
*(pro hac vice)*
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
Email: cweiner@robinskaplan.com
rmescon@robinskaplan.com
sfurst@robinskaplan.com
mkolcun@robinskaplan.com

James Patrick Shea, Esq.
Scott D. Fleming, Esq.
Jamie K. Combs, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Email: jshea@armstrongreasdale.com
sfleming@armstrongteasdale.com
jcombs@armstrongteasdale.com

*Attorneys for Plaintiff*

Maximiliano D. Couvillier III, Esq.
BLACK & LOBELLO
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89125
Tel: (702) 318-5071
Email: mcouvillier@blacklobellolaw.com

Mark David Hunter, Esq.
*Admitted Pro Hac Vice*
HUNTER TAUBMAN FISCHER LLC
255 University Drive
Coral Gables, FL 33134
Email: mhunter@htflawyers.com

*Attorneys for Defendant*
*Costas Takkas*

Josephine Binetti McPeak, Esq.
MCDONALD CARANO WILSON
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Email: jmcpeak@mcdonaldcarano.com

Benjamin Calkins, Esq.
*Admitted Pro Hac Vice*
THE CALKINS LAW FIRM, LTD.
100 North Main Street, Suite 235
Chagrin Falls, OH 44022
Email: bencalkins@gmail.com

*Attorneys for Defendant*
*Stephen Goss*

_____/s/ Susann Thompson_____
An employee of Holland & Hart LLP

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

8833893_1