1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

12  SONORO INVEST S.A.,                    )          Case No. 2:15-cv-02286-JAD-CWH
                      Plaintiff,            )
13                                          )          **ORDER**
    vs.                                     )
14                                          )
    ROBERT MILLER, et al.,                  )
15                                          )
                      Defendants.           )
16  _____)

17       Presently before the Court is Defendant Andrew Sherman and Plaintiff Sonoro Invest, S.A.'s

18  Emergency Motion for Clarification of Order Granting Stay of Discovery (ECF No. 98), filed on May

19  27, 2016.  Also before the Court are the declarations of attorneys Christina C. Tizzano (ECF No. 99) and

20  Patrick J. Reilly (ECF No. 101) in support of the motion, which also were filed on May 27, 2016.

21       The parties seek clarification regarding whether the Court intended to stay discovery only as to

22  Defendants Goss and Takkas, or whether the Court also intended to stay discovery as to Defendant

23  Sherman.  It is the Court's intention to grant a stay of discovery as to all defendants—including

24  Defendant Sherman—until the dispositive motions (ECF Nos. 64, 73) are decided.

25       IT IS THEREFORE ORDERED that Defendant Andrew Sherman and Plaintiff Sonoro Invest,

26  S.A.'s Emergency Motion for Clarification of Order Granting Stay of Discovery (ECF No. 98) is

27  GRANTED.

28  / / /

IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed discovery plan and scheduling order within 14 days from the date of the order on the pending motions to dismiss. The proposed discovery plan must comply with Local Rule 26-1, with discovery deadlines measured from the date of the order on the motion to dismiss.

DATED: May 31, 2016

_____

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2