Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Andrea M. Champion, Esq.
Nevada Bar No. 13461
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
amchampion@hollandhart.com

Lee A. Chilcote, Esq.
Christina C. Tizzano, Esq.
*Pro hac vice applications pending*
The Chilcote Law Firm LLP
The Cedar-Grandview Building
12434 Cedar Road, Suite Number 3
Cleveland Heights, Ohio 44106
Telephone: (216) 795-4117
Facsimile: (216) 795-4245
lee.chilcote@chilcotelaw.com
christina.tizzano@chilcotelaw.com

*Attorneys for Defendant Andrew Sherman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>Defendants<br><br>and<br><br>ABAKAN, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No.: 2:15-cv-02286-JAD-CWH<br><br>DECLARATION OF CHRISTINA C. TIZZANO IN SUPPORT OF DEFENDANT ANDREW J. SHERMAN'S AMENDED OMNIBUS REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE (ECF NO. 127) |

I, Christina C. Tizzano, hereby declare under penalty of perjury as follows:

1. I am an attorney of Chilcote Law Firm LLP and counsel of record for defendant Andrew Sherman ("Mr. Sherman") in the above-entitled action. I make this declaration in support

8810226_1

1  of Defendant Andrew J. Sherman's Amended Omnibus Reply in Support of Motion to Transfer
2  Venue.

3      2.    I submit this Declaration pursuant to L.R. 7-4 and in support of Mr. Sherman
4  Reply Brief in Support of Motion to Transfer Venue.

5      3.    <u>Exhibit 1</u> is a true and correct copy of MesoCoat, Inc. and Powdermet, Inc. Board
6  Meeting Minutes dated April 9, 2013.

7      4.    <u>Exhibit 2</u> is a true and correct copy of Abakan, Inc. Board Meeting Minutes dated
8  April 10, 2013.

9      5.    <u>Exhibit 3</u> is a true and correct copy of MesoCoat, Inc. and Powdermet, Inc. Board
10 Meeting Minutes dated August 26, 2013.

11     6.    <u>Exhibit 4</u> is a true and correct copy of Abakan, Inc. Board Meeting Minutes dated
12 August 27, 2013.

13     7.    <u>Exhibit 5</u> is a true and correct copy of MesoCoat, Inc. Board Meeting Minutes
14 dated August 7, 2014, 2013.

15     8.    <u>Exhibit 6</u> is a true and correct copy of an email chain originating from Defendant
16 Robert Miller's email address robert.miller@abakaninc.com on November 27, 2013 and ending
17 November 29, 2013.

18     9.    <u>Exhibit 7</u> is a true and correct copy of an email dated February 14, 2014
19 originating from Defendant Robert Miller's email address robert.miller@abakaninc.com.

20     10.    <u>Exhibit 8</u> is a true and correct copy of an email dated June 13, 2014 originating
21 from Defendant Stephen Goss' email address scgoss@abakaninc.com.

22     11.    <u>Exhibit 9</u> is a true and correct copy of an email dated February 5, 2015 originating
23 from Defendant Robert Miller's email address robert.miller@abakaninc.com.

24     12.    <u>Exhibit 10</u> is a true and correct copy of Defendant Stephen Goss' verified
25 discovery responses in Cuyahoga County Common Pleas Case No. CV 15 853387 styled *George*
26 *Town Associates S.A. v. Goss*.

27     13.    <u>Exhibit 11</u> is a true and correct copy of Defendant Costas Takkas' Declaration in
Opposition to Motion to Transfer Venue.

*Left margin:* Holland & Hart LLP, 9555 Hillwood Drive, Second Floor, Las Vegas, Nevada 89134

8810226_1

14. <u>Exhibit 12</u> is a true and correct copy of Plaintiff Sonoro Invest S.A.'s Notice of Intent to Serve Subpoena to Bizequity LLC for Terves, Inc. Valuation.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed this 7th day of December, 2016.

By: _____
CHRISTINA C. TIZZANO

8810226_1

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2016, a true and correct copy of the foregoing **DECLARATION OF CHRISTINA C. TIZZANO IN SUPPORT OF DEFENDANT ANDREW J. SHERMAN'S AMENDED OMNIBUS REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE (ECF NO. 127)** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

Craig Weiner, Esq.
*(pro hac vice to be submitted)*
Richard Mescon, Esq.
*(pro hac vice)*
Sherli Furst, Esq.
*(pro hac vice)*
Michael Kolcun, Esq.
*(pro hac vice)*
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
Email: cweiner@robinskaplan.com
        rmescon@robinskaplan.com
        sfurst@robinskaplan.com
        mkolcun@robinskaplan.com

James Patrick Shea, Esq.
Scott D. Fleming, Esq.
Jamie K. Combs, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Email: jshea@armstrongreasdale.com
        sfleming@armstrongteasdale.com
        jcombs@armstrongteasdale.com

*Attorneys for Plaintiff*

Maximiliano D. Couvillier III, Esq.
BLACK & LOBELLO
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89125
Email: mcouvillier@blacklobellolaw.com

Mark David Hunter, Esq.
*Admitted Pro Hac Vice*
HUNTER TAUBMAN FISCHER LLC
255 University Drive
Coral Gables, FL 33134
Email: mhunter@htflawyers.com

*Attorneys for Defendant*
*Costas Takkas*

Craig A. Newby, Esq.
MCDONALD CARANO WILSON
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Email: cnewby@mcdonaldcarano.com

Benjamin Calkins, Esq.
*Admitted Pro Hac Vice*
THE CALKINS LAW FIRM, LTD.
100 North Main Street, Suite 235
Chagrin Falls, OH 44022
Email: bencalkins@gmail.com

*Attorneys for Defendant*
*Stephen Goss*

8810226_1

Kirill Mikhaylov
1160 North Town Center Drive, Suite 200
Las Vega,s Nevada 879146
Email: kmikhaylov@hpslaw.com

Adam J. Yormack
*Admitted Pro Hac Vice*
Yormack P.A.
1200 Brickell Avenue, Suite 1950
Miami, FL 33131
Email: adam.yormack@yormackpa.com

*Attorneys for Defendant
Robert Miller*

                          /s/ Susann Thompson
                   An employee of Holland & Hart LLP

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

8810226_1