JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
JAMIE COMBS, ESQ.
Nevada Bar No. 13088
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jshea@armstrongteasdale.com
sfleming@armstrongteasdale.com
jcombs@armstrongteasdale.com

DAVID MARDER, ESQ.
Massachusetts Bar No. 552485 (*pro hac vice forthcoming*)
SHERLI FURST, ESQ.
New York Bar No. 4783577 (*pro hac vice*)
MICHAEL A. KOLCUN, ESQ.
New York Bar No. 5054127 (*pro hac vice*)
ROBINS KAPLAN LLP
399 Park Ave., Suite 3600
New York, New York 10022-4611
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: DMarder@RobinsKaplan.com
SFurst@RobinsKaplan.com
MKolcun@RobinsKaplan.com

*Counsel for Plaintiff, Sonoro Invest S.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>Defendants<br><br>and<br><br>ABAKAN, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No. 2:15-cv-2286<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM AND CHANGE OF FIRM ADDRESS; REQUEST FOR WITHDRAWAL OF RICHARD MESCON AND JAMIE COMBS AS COUNSEL FOR SONORO INVEST S.A.** |

1

To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Sonoro ("Plaintiff") hereby requests that the Court withdraw Richard Mescon, Esq. and Jamie K. Combs, Esq. as attorneys of record in this matter. Attorneys for Robins Kaplan, LLP and Armstrong Teasdale LLP, including David E. Marder, Esq. (pro hac vice application submitted herewith), Sherli Furst, Esq., Michael Kolcun, Esq., James P. Shea, Esq., and Scott D. Fleming, Esq., will continue to serve as counsel for Plaintiff.

Additionally, PLEASE TAKE NOTICE of the change of address for the law firm of Robins Kaplan, LLP. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

David E. Marder, Esq.
Sherli Furst, Esq.
Michael Kolcun, Esq.
**ROBINS KAPLAN, LLP**
**399 Park Avenue, Suite 3600**
**New York, New York 10022**

Plaintiff requests that the Clerk's office make such changes to the docket and the electronic notification system as are necessary to reflect the above noted changes.

Dated: April 21, 2017

By: */s/ Jamie Combs*
James Patrick Shea, Esq.
Scott D. Fleming, Esq.
Jamie K. Combs, Esq.
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Main: (702) 678-5070
Direct: (702) 473-7079
JShea@ArmstrongTeasdale.com
SFleming@ArmstrongTeasdale.com
JCombs@ArmstrongTeasdale.com

Richard Mescon, Esq. (*pro hac vice*)
Sherli Furst, Esq. (*pro hac vice*)
Michael A. Kolcun, Esq. (*pro hac vice*)
Robins Kaplan LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
Telephone: (212) 980-7400
RMescon@RobinsKaplan.com
DMarder@RobinsKaplan.com
SFurst@RobinsKaplan.com
MKolcun@RobinsKaplan.com

*Attorneys for Plaintiff, Sonoro Invest S.A.*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties |
| 3 | of record via ECF on this 21st day of April, 2017. |
| 4 | By: /s/ Jessica Myrold |
| 5 | Jessica Myrold |

IT IS SO ORDERED.

DATED: April 24, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE