1  JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
2  SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
3  ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
4  Las Vegas, Nevada 89169
Telephone:  702.678.5070
5  Facsimile:  702.878.9995
Email: jshea@armstrongteasdale.com
6         sfleming@armstrongteasdale.com

7  DAVID MARDER, ESQ.
Massachusetts Bar No. 552485 (*pro hac vice*)
8  SHERLI FURST, ESQ.
New York Bar No. 4783577 (*pro hac vice*)
9  MICHAEL A. KOLCUN, ESQ.
New York Bar No. 5054127 (*pro hac vice*)
10  ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
11  New York, New York 10022-4611
Telephone:  (212) 980-7400
12  Facsimile:  (212) 980-7499
Email: DMarder@RobinsKaplan.com
13         SFurst@RobinsKaplan.com
        MKolcun@RobinsKaplan.com
14
*Counsel for Plaintiff Sonoro Invest S.A.*
15
**UNITED STATES DISTRICT COURT**
16
**DISTRICT OF NEVADA**
17

18  SONORO INVEST S.A., a Panamanian
corporation,                                        Case No. 2:15-cv-2286

19            Plaintiff,
                                                    **STIPULATION AND**
20       v.                                          **[PROPOSED] ORDER**
                                                    **TO STAY ALL DEADLINES**
21  ROBERT MILLER, an individual; ANDREW            **IN THE SCHEDULING ORDER**
SHERMAN, an individual; COSTAS TAKKAS, an           **DUE TO A PENDING SETTLEMENT**
22  individual; and STEPHEN GOSS, an individual,

23            Defendants,

24         and

25   ABAKAN, INC., a Nevada corporation,

26            Nominal Defendant.

27  _____

28  / / /

1

Plaintiff Sonoro Invest S.A. ("Sonoro") and Defendants Robert Miller ("Miller"), Andrew Sherman ("Sherman"), Costas Takkas ("Takkas"), and Stephen Goss ("Goss") (collectively, the "Parties"), by and through their respective counsel, submit this Stipulation to stay all current deadlines in the operative Scheduling Order (ECF No. 145) due to a pending settlement.

1.      On July 17, 2017, the Parties executed a Binding Term Sheet for Settlement ("Binding Term Sheet") that is intended to resolve any and all claims between the Parties.

2.      Pursuant to the terms of the Binding Term Sheet, the Parties must submit a joint request to the Court to stay this action for thirty (30) days in order to draft and execute a longer-form definitive agreement ("Long-Form Agreement"), and to seek Court approval thereof.[1]

3.      The Parties intend to seek approval by the Court of the Long-Form Agreement, or the Binding Term Sheet, as the case may be, pursuant to Fed.R.Civ.P. 23.1(c).  Upon Court approval, Sonoro will dismiss, with prejudice, the above-captioned action.

4.      The current deadlines in the Scheduling Order (ECF No. 145) are as follows:

   i.    Amending the Pleadings and Adding Parties – November 2, 2017

   ii.   Interim Status Report – December 1, 2017

   iii.  Expert Disclosures – December 1, 2017

   iv.   Rebuttal Expert Disclosures – January 9, 2018

   v.    Discovery Cut-Off – January 30, 2018

   vi.   Dispositive Motions – March 1, 2018

   vii.  Pretrial Order – April 2, 2018

5.      In compliance with the Binding Term Sheet, the Parties stipulate and agree to stay this action, including the above-referenced deadlines and all discovery, in order to provide sufficient time to effectuate the settlement.

/ / /

/ / /

---

[1] Pursuant to the terms of the Binding Term Sheet, if the parties are unable to execute a Long-Form Agreement within such time, the Binding Term Sheet shall be the final, binding settlement agreement between the Parties which shall be submitted to the Court for approval.

2

6. In the unlikely event the Parties are unable to effectuate the settlement, they will jointly seek the entry of a new scheduling order.

Respectfully submitted,

Dated:  July 18, 2017

| | |
|---|---|
| By: /s/ Michael A. Kolcun<br><br>David Marder, Esq. (*pro hac vice*)<br>Sherli Furst, Esq.  (*pro hac vice*)<br>Michael A. Kolcun, Esq. (*pro hac vice*)<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022-4611<br>Telephone:  (212) 980-7400<br>Facsimile:  (212) 980-7499<br>DMarder@RobinsKaplan.com<br>SFurst@RobinsKaplan.com<br>MKolcun@RobinsKaplan.com<br><br>James Patrick Shea, Esq.<br>Scott D. Fleming, Esq.<br>Armstrong Teasdale LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Main: (702) 678-5070<br>Direct: (702) 473-7079<br>Cellular: (702) 743-6263<br>JShea@ArmstrongTeasdale.com<br>SFleming@ArmstrongTeasdale.com<br>*Counsel for Plaintiff Sonoro Invest S.A.* | /s/ Christina C. Tizzano<br>Christina C. Tizzano, Esq. (*pro hac vice*)<br>The Chilcote Law Firm LLP<br>The Cedar-Grandview Building<br>12434 Cedar Road, Suite Number 3<br>Cleveland Heights, Ohio 44106<br>Telephone:  (216) 795-4117<br>Facsimile:  (216) 795-4245<br>christina.tizzano@chilcotelaw.com<br><br>Patrick J. Reilly, Esq. (6103)<br>Andrea M. Champion, Esq. (13461)<br>Holland & Hart LLP<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Tel: (702) 669-4600<br>Fax: (702) 669-4650<br>preilly@hollandhart.com<br>amchampion@hollandhart.com<br>*Attorneys for Defendant Andrew J. Sherman* |
| /s/ Adam Jacob Yormack<br>Adam Jacob Yormack, Esq. (*pro hac vice*)<br>Yormack, PA<br>2525 Ponce De Leon, Suite 300<br>Coral Gables, FL 33134<br>Tel: (303) 919-4231<br>adam.yormack@yormackpa.com<br><br>Kirill Mikhaylov, Esq.<br>Hall Prangle & Schoonveld LLC<br>1160 N Town Center Dr Ste 200<br>Las Vegas, NV 89144<br>Tel: (702) 889-6400<br>Facsimile: (702) 384-6025<br>kmikhaylov@hpslaw.com<br>*Attorneys for Defendant Robert Miller* | /s/ Mark D. Hunter<br>Mark D. Hunter, Esq. (*pro hac vice*)<br>Hunter Taubman Fischer LLC<br>255 University Dr<br>Coral Gables, FL 33134<br>Telephone: (305) 629-8816<br>mhunter@htflawyers.com<br><br>Maximiliano D. Couvillier , III, Esq.<br>Black & LoBello<br>10777 West Twain Ave., Ste. 300<br>Las Vegas, NV 89135<br>Telephone: (702) 869-8801<br>Facsimile: (702) 869-2669<br>mcouvillier@blacklobello.law<br>*Attorneys for Defendant Costas Takkas* |

3

1

    /s/ Thomas L. Anastos_____
Benjamin Calkins, Esq. (*pro hac vice*)

2  Thomas L. Anastos (*pro hac vice*)
The Calkins Law Firm, Ltd.

3  100 North Main Street
Suite 235

4  Chagrin Falls, OH 44022
Telephone: (440) 796-4592

5  BenCalkins@gmail.com
tanastos@calkinslawfirm.com

6

7  Craig A. Newby, Esq.
McDonald Carano Wilson LLP

8  2300 W Sahara Avenue
Suite 1200

9  Las Vegas, NV 89102
Telephone: (702) 873-4100

10 cnewby@mcdonaldcarano.com
*Attorneys for Defendant Stephen Goss*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties of record via ECF on this 18th day of July, 2017.


By:  /s/ Jessica Myrold
     Jessica Myrold




IT IS SO ORDERED:



UNITED STATES MAGISTRATE JUDGE


DATED:  _____