JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 5638
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
Email: jshea@armstrongteasdale.com
        sfleming@armstrongteasdale.com

DAVID MARDER, ESQ.
Massachusetts Bar No. 552485 (*pro hac vice*)
SHERLI FURST, ESQ.
New York Bar No. 4783577 (*pro hac vice*)
MICHAEL A. KOLCUN, ESQ.
New York Bar No. 5054127 (*pro hac vice*)
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022-4611
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
Email: DMarder@RobinsKaplan.com
        SFurst@RobinsKaplan.com
        MKolcun@RobinsKaplan.com

*Counsel for Plaintiff Sonoro Invest S.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>        Defendants,<br><br>    and<br><br> ABAKAN, INC., a Nevada corporation,<br><br>        Nominal Defendant. | Case No. 2:15-cv-2286<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES IN THE SCHEDULING ORDER DUE TO A PENDING SETTLEMENT** |

/ / /

1

Plaintiff Sonoro Invest S.A. ("Sonoro") and Defendants Robert Miller ("Miller"), Andrew Sherman ("Sherman"), Costas Takkas ("Takkas"), and Stephen Goss ("Goss") (collectively, the "Parties"), by and through their respective counsel, submit this Stipulation to stay all current deadlines in the operative Scheduling Order (ECF No. 145) due to a pending settlement.

1. On July 17, 2017, the Parties executed a Binding Term Sheet for Settlement ("Binding Term Sheet") that is intended to resolve any and all claims between the Parties.

2. Pursuant to the terms of the Binding Term Sheet, the Parties must submit a joint request to the Court to stay this action for thirty (30) days in order to draft and execute a longer-form definitive agreement ("Long-Form Agreement"), and to seek Court approval thereof.[1]

3. The Parties intend to seek approval by the Court of the Long-Form Agreement, or the Binding Term Sheet, as the case may be, pursuant to Fed.R.Civ.P. 23.1(c). Upon Court approval, Sonoro will dismiss, with prejudice, the above-captioned action.

4. The current deadlines in the Scheduling Order (ECF No. 145) are as follows:

    i. Amending the Pleadings and Adding Parties – November 2, 2017

    ii. Interim Status Report – December 1, 2017

    iii. Expert Disclosures – December 1, 2017

    iv. Rebuttal Expert Disclosures – January 9, 2018

    v. Discovery Cut-Off – January 30, 2018

    vi. Dispositive Motions – March 1, 2018

    vii. Pretrial Order – April 2, 2018

5. In compliance with the Binding Term Sheet, the Parties stipulate and agree to stay this action, including the above-referenced deadlines and all discovery, in order to provide sufficient time to effectuate the settlement.

///

///

---

[1] Pursuant to the terms of the Binding Term Sheet, if the parties are unable to execute a Long-Form Agreement within such time, the Binding Term Sheet shall be the final, binding settlement agreement between the Parties which shall be submitted to the Court for approval.

6. In the unlikely event the Parties are unable to effectuate the settlement, they will jointly seek the entry of a new scheduling order.

Respectfully submitted,

Dated: July 18, 2017

| | |
|---|---|
| By: /s/ Michael A. Kolcun<br><br>David Marder, Esq. (*pro hac vice*)<br>Sherli Furst, Esq. (*pro hac vice*)<br>Michael A. Kolcun, Esq. (*pro hac vice*)<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022-4611<br>Telephone: (212) 980-7400<br>Facsimile: (212) 980-7499<br>DMarder@RobinsKaplan.com<br>SFurst@RobinsKaplan.com<br>MKolcun@RobinsKaplan.com<br><br>James Patrick Shea, Esq.<br>Scott D. Fleming, Esq.<br>Armstrong Teasdale LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Main: (702) 678-5070<br>Direct: (702) 473-7079<br>Cellular: (702) 743-6263<br>JShea@ArmstrongTeasdale.com<br>SFleming@ArmstrongTeasdale.com<br>*Counsel for Plaintiff Sonoro Invest S.A.* | /s/ Christina C. Tizzano<br>Christina C. Tizzano, Esq. (*pro hac vice*)<br>The Chilcote Law Firm LLP<br>The Cedar-Grandview Building<br>12434 Cedar Road, Suite Number 3<br>Cleveland Heights, Ohio 44106<br>Telephone: (216) 795-4117<br>Facsimile: (216) 795-4245<br>christina.tizzano@chilcotelaw.com<br><br>Patrick J. Reilly, Esq. (6103)<br>Andrea M. Champion, Esq. (13461)<br>Holland & Hart LLP<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Tel: (702) 669-4600<br>Fax: (702) 669-4650<br>preilly@hollandhart.com<br>amchampion@hollandhart.com<br>*Attorneys for Defendant Andrew J. Sherman* |
| */s/ Adam Jacob Yormack*<br>Adam Jacob Yormack, Esq. (*pro hac vice*)<br>Yormack, PA<br>2525 Ponce De Leon, Suite 300<br>Coral Gables, FL 33134<br>Tel: (303) 919-4231<br>adam.yormack@yormackpa.com<br><br>Kirill Mikhaylov, Esq.<br>Hall Prangle & Schoonveld LLC<br>1160 N Town Center Dr Ste 200<br>Las Vegas, NV 89144<br>Tel: (702) 889-6400<br>Facsimile: (702) 384-6025<br>kmikhaylov@hpslaw.com<br>*Attorneys for Defendant Robert Miller* | */s/ Mark D. Hunter*<br>Mark D. Hunter, Esq. (*pro hac vice*)<br>Hunter Taubman Fischer LLC<br>255 University Dr<br>Coral Gables, FL 33134<br>Telephone: (305) 629-8816<br>mhunter@htflawyers.com<br><br>Maximiliano D. Couvillier, III, Esq.<br>Black & LoBello<br>10777 West Twain Ave., Ste. 300<br>Las Vegas, NV 89135<br>Telephone: (702) 869-8801<br>Facsimile: (702) 869-2669<br>mcouvillier@blacklobello.law<br>*Attorneys for Defendant Costas Takkas* |

    /s/ Thomas L. Anastos
Benjamin Calkins, Esq. (*pro hac vice*)
Thomas L. Anastos (*pro hac vice*)
The Calkins Law Firm, Ltd.
100 North Main Street
Suite 235
Chagrin Falls, OH 44022
Telephone: (440) 796-4592
BenCalkins@gmail.com
tanastos@calkinslawfirm.com

Craig A. Newby, Esq.
McDonald Carano Wilson LLP
2300 W Sahara Avenue
Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
cnewby@mcdonaldcarano.com
*Attorneys for Defendant Stephen Goss*

4

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties of record via ECF on this 18th day of July, 2017.

                By: */s/ Jessica Myrold*
                   Jessica Myrold

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 19, 2017

5