**BLACK & LOBELLO**
Maximiliano D. Couvillier III, Esq. (Bar No. 7661)
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Ph. (702) 869-8801
Fax (702) 869-2669
mcouvillier@blacklobello.law

**HUNTER TAUBMAN FISCHER & LI LLC**
Mark David Hunter (*Admitted Pro Hac Vice*)
255 University Drive
Coral Gables, Florida 33134
Ph.: (305) 629-8816
Fax: (305) 629-8877
mhunter@htflawyers.com

*Attorneys for Defendant Costas Takkas*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MILLER, individual; ANDREW SHERMAN, individual; COSTAS TAKKAS, individual; and STEPHEN GOSS, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-02286-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER TO ADJOURN HEARING ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |

//
//
//
//
//
//

HUNTER TAUBMAN FISCHER & LI LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
TEL: (305) 629-8816 FAX: (305) 629-8877

Plaintiff Sonoro Invest S.A., and Defendants Costas Takkas, Andrew Sherman, Robert Miller, and Stephen Goss, by and through their respective undersigned counsel, agree and stipulate that the Hearing on Unopposed Motion for Preliminary Approval of Proposed Settlement currently scheduled for September 18, 2017, at 2:00 pm, shall be adjourned to October 2, 2017, at 2:00 pm. Dated this 29th day of August, 2017.

| **HUNTER TAUBMAN FISCHER & LI LLC** | **ARMSTRONG TEASDALE LLP** |
|---|---|
| By:*/s/ Mark David Hunter*<br>Mark David Hunter, Esq. (*Pro Hac Vice*)<br>2 Alhambra Plaza, Suite 650<br>Coral Gables, FL 33134<br>(305) 629-8816<br>mhunter@htflawyers.com | By: /s/ James Patrick Shea<br>James Patrick Shea, Esq.<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Main: (702) 678-5070<br>Direct: (702) 473-7079<br>JShea@ArmstrongTeasdale.com |
| **BLACK & LOBELLO**<br><br>Maximiliano D. Couvillier III, Esq.<br>10777 West Twain Avenue, Third Floor<br>Las Vegas, Nevada 89135<br>(702) 869-8801<br>mcouvillier@blacklobello.law<br><br>*Attorneys for Defendant Costas Takkas* | David Marder, Esq. (pro hac vice)<br>Sherli Furst, Esq. (pro hac vice)<br>Michael A. Kolcun, Esq. (pro hac vice)<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022-4611<br>Telephone: (212) 980-7400<br>DMarder@RobinsKaplan.com<br>SFurst@RobinsKaplan.com<br>MKolcun@RobinsKaplan.com<br><br>*Attorneys for Plaintiff Sonoro Invest S.A.* |
| **YORMACK, PA**<br><br>By:*/s/ Adam J. Yormack*<br>Adam Jacob Yormack<br>Yormack, PA<br>1200 Brickell Ave, Ph 1950<br>Miami, FL 33131<br>303-919-4231<br>adam.yormack@yormackpa.com | |
| **HALL PRANGLE & SCHOONVELD LLC**<br>Kirill Mikhaylov<br>1160 N Town Center Dr Ste 200<br>Las Vegas, NV 89144<br>702-889-6400<br>Fax: 702-384-6025<br>kmikhaylov@hpslaw.com<br><br>*Attorneys for Robert Miller* | |

HUNTER TAUBMAN FISCHER & LI LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
TEL: (305) 629-8816 FAX: (305) 629-8877

| **CHILCOTE LAW FIRM LLP** | **THE CALKINS LAW FIRM, LTD.** |
|---|---|
| */s/ Christina C. Tizzano*<br>Christina C. Tizzano, Esq.<br>Chilcote Law Firm LLP<br>12434 Cedar Rd Ste 3<br>Cleveland, OH 44106<br>cristina.tizzano@chilcotelaw.com<br><br>**HOLLAND AND HART, LLP**<br>Andrea M. Champion, Esq.<br>Patrick J Reilly. Esq.<br>9555 Hillwood Dr., 2nd Flr.<br>Las Vegas, NV 89134<br>702-669-4600<br>702-669-4650 (fax)<br>amchampion@hollandhart.com<br>preilly@hollandhart.com<br><br><br>*Attorneys for Andrew Sherman* | */s/ Thomas L. Anastos*<br>Benjamin Calkins<br>The Calkins Law Firm, Ltd.<br>100 North Main Street, Suite 235<br>Chagrin Falls, OH 44022<br>440-796-4592<br>BenCalkins@gmail.com<br><br>**MCDONALD CARANO WILSON LLP**<br>Craig A. Newby<br>McDonald Carano Wilson LLP<br>2300 W Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>(702) 873-4100<br>cnewby@mcdonaldcarano.com<br><br><br>*Attorneys for Stephen Goss* |

IT IS SO ORDERED.

DATED: 8/31/2017

_____
U.S. District Court Judge Jennifer A. Dorsey

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO ADJOURN HEARING ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** using the Court's electronic filing and service system (CM/ECF), which provides electronic service to the following:

| *Attorneys for Plaintiff Sonoro Invest, S.A.:* | *Attorneys for Robert Miller:* | *Attorneys for Andrew Sherman:* |
|---|---|---|
| James Patrick Shea, Esq. <br> Armstrong Teasdale LLP <br> 3770 Howard Hughes Parkway, Suite 200 <br> Las Vegas, NV 89169 <br> Main: (702) 678-5070 <br> Direct: (702) 473-7079 <br> JShea@ArmstrongTeasdale.com <br><br> David Marder, Esq. (pro hac vice) <br> Sherli Furst, Esq. (pro hac vice) <br> Michael A. Kolcun, Esq. (pro hac vice) <br> ROBINS KAPLAN LLP <br> 399 Park Avenue, Suite 3600 <br> New York, New York 10022-4611 <br> Telephone: (212) 980-7400 <br> DMarder@RobinsKaplan.com <br> SFurst@RobinsKaplan.com <br> MKolcun@RobinsKaplan.com | Adam Jacob Yormack <br> Yormack, PA <br> 1200 Brickell Ave, Ph 1950 <br> Miami, FL 33131 <br> 303-919-4231 <br> adam.yormack@yormackpa.com <br><br> Kirill Mikhaylov <br> Hall Prangle & Schoonveld LLC <br> 1160 N Town Center Dr Ste 200 <br> Las Vegas, NV 89144 <br> 702-889-6400 <br> Fax: 702-384-6025 <br> kmikhaylov@hpslaw.com | Andrea M. Champion, Esq. <br> Patrick J Reilly. Esq. <br> Holland and Hart, LLP <br> 9555 Hillwood Dr., 2nd Flr. <br> Las Vegas, NV 89134 <br> 702-669-4600 <br> 702-669-4650 (fax) <br> amchampion@hollandhart.com <br> preilly@hollandhart.com <br><br> Christina C. Tizzano, Esq. <br> Chilcote Law Firm LLP <br> 12434 Cedar Rd Ste 3 <br> Cleveland, OH 44106 <br> cristina.tizzano@chilcotelaw.com <br><br> *Attorneys for Stephen Goss:* <br> Benjamin Calkins <br> The Calkins Law Firm, Ltd. <br> 100 North Main Street, Suite 235 <br> Chagrin Falls, OH 44022 <br> 440-796-4592 <br> BenCalkins@gmail.com <br><br> Craig A. Newby <br> McDonald Carano Wilson LLP <br> 2300 W Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br> (702) 873-4100 <br> cnewby@mcdonaldcarano.com |

*/s/ Mark David Hunter*
Mark David Hunter

HUNTER TAUBMAN FISCHER & LI LLC
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
TEL: (305) 629-8816 FAX: (305) 629-8877