JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jshea@armstrongteasdale.com

DAVID MARDER, ESQ.
Massachusetts Bar No. 552485 (*pro hac vice*)
SHERLI FURST, ESQ.
New York Bar No. 4783577 (*pro hac vice*)
MICHAEL A. KOLCUN, ESQ.
New York Bar No. 5054127 (*pro hac vice*)
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, New York 10022-4611
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
Email: DMarder@RobinsKaplan.com
       SFurst@RobinsKaplan.com
       MKolcun@RobinsKaplan.com

*Counsel for Plaintiff Sonoro Invest S.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONORO INVEST S.A., a Panamanian corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MILLER, an individual; ANDREW SHERMAN, an individual; COSTAS TAKKAS, an individual; and STEPHEN GOSS, an individual,<br><br>Defendants,<br><br>and<br><br>ABAKAN, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No. 2:15-cv-2286<br><br>**ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE**<br><br>ECF No. 148 |

WHEREAS, Plaintiff in the above-captioned shareholder derivative action has made an unopposed application pursuant to Fed.R.Civ.P. 23.1(c) for an order: (i) preliminarily approving a settlement of this action in accordance with the Settlement Agreement dated August 10, 2017, which

1

sets forth the terms and conditions for the proposed settlement and dismissal of this action with prejudice, and (ii) approving the form and content of the Notice to be sent to current Abakan shareholders directly via first-class mail;

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Settlement Agreement (in addition to the capitalized terms therein); and

WHEREAS, the Court has reviewed and considered the Settlement Agreement;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Settlement Agreement annexed as Exhibit A to Plaintiff's unopposed motion, including the terms and conditions for the settlement and dismissal with prejudice of this action.

2. A hearing ("Settlement Hearing") shall be held before this Court on Dec. 14, 2017, at 9 a.m. to determine: (i) whether the terms and conditions of the Settlement Agreement are fair, reasonable, and adequate to current Abakan shareholders, (ii) whether a final order and judgment approving the Settlement Agreement should be entered, and (iii) whether the reimbursement of the requested attorneys' fees and costs to Plaintiff's counsel should be finally approved.

3. The Court approves, as to form and content, the Notice annexed as Exhibit B to Plaintiff's unopposed motion, and finds that the distribution of such notice substantially in the form set forth in this Order meets the requirements of Fed.R.Civ.P. 23.1 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

4. Within ten (10) days of the Court's entry of this Order, Abakan shall cause the Notice to be sent to current Abakan shareholders directly via first-class mail, the cost of which shall be borne by Abakan's insurance carrier.

5. All papers in support of final approval of the settlement shall be filed with the Court at least thirty (30) days prior to the Settlement Hearing, and any reply papers shall be filed with the Court at least seven (7) days prior to the Settlement Hearing.

2

6.  Any current Abakan shareholder may object and/or appear and show cause, if such shareholder has any concern why the proposed settlement should not be approved as fair, reasonable, and adequate, or why a final order and judgment should not be entered thereon, or why the reimbursement of the requested attorneys' fees and costs to Plaintiff's counsel should not be finally approved; provided, however, unless otherwise ordered by the Court, no current Abakan shareholder shall be heard or entitled to contest the approval of the terms and conditions of the settlement, or if approved, a final order and judgment to be entered thereon approving the same, or the fee award, unless that shareholder has, at least fourteen (14) days prior to the Settlement Hearing: (i) filed with the Clerk of Court a written objection to the settlement setting forth (a) the nature of the objection, (b) proof of ownership of Abakan stock through the date of the Settlement Hearing, including the number of Abakan shares and the date of purchase, (c) any documentation in support of such objection, and (ii) if a current Abakan shareholder intends to appear and requests to be heard at the Settlement Hearing, such shareholder must have, in addition to the foregoing requirements, filed with the Clerk of Court (a) a written notice of such shareholder's intention to appear, (b) a statement that indicates the basis for such appearance, and (c) the identities of any witnesses the shareholder intends to call at the Settlement Hearing and a statement as to the subjects of their testimony. If a current Abakan shareholder files a written objection and/or written notice of intent to appear, such shareholder must also simultaneously serve copies of such notice, proof, statement, and documentation, together with copies of any other papers or briefs such shareholder files with the Court, either by hand delivery or first class mail on each of the following counsel of record:

| | |
|---|---|
| David Marder, Esq.<br>Sherli Furst, Esq.<br>Michael A. Kolcun, Esq.<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022-4611 | Christina C. Tizzano, Esq.<br>The Chilcote Law Firm LLP<br>The Cedar-Grandview Building<br>12434 Cedar Road, Suite Number 3<br>Cleveland Heights, Ohio 44106 |
| James Patrick Shea, Esq.<br>Armstrong Teasdale LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>*Counsel for Plaintiff Sonoro Invest S.A.* | Patrick J. Reilly, Esq.<br>Andrea M. Champion, Esq.<br>Holland & Hart LLP<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Andrew J. Sherman* |

| | |
|---|---|
| Adam Jacob Yormack, Esq.<br>Yormack, PA<br>2525 Ponce De Leon, Suite 300<br>Coral Gables, FL 33134 | Mark D. Hunter, Esq.<br>Hunter Taubman Fischer LLC<br>255 University Dr<br>Coral Gables, FL 33134 |
| Kirill Mikhaylov, Esq.<br>Hall Prangle & Schoonveld LLC<br>1160 N Town Center Dr Ste 200<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Robert Miller* | Maximiliano D. Couvillier, III, Esq.<br>Black & LoBello<br>10777 West Twain Ave., Ste. 300<br>Las Vegas, NV 89135<br>*Attorneys for Defendant Costas Takkas* |

Benjamin Calkins, Esq.
Thomas L. Anastos
The Calkins Law Firm, Ltd.
100 North Main Street, Suite 235
Chagrin Falls, OH 44022

Craig A. Newby, Esq.
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Attorneys for Defendant Stephen Goss*

Any current Abakan shareholder who does not make their objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the settlement as incorporated in the Settlement Agreement, unless otherwise ordered by the Court, and shall otherwise be bound by the final order and judgment to be entered and the releases to be given.

7. All current Abakan shareholders shall be bound by all orders, determinations, and judgments in the action concerning the settlement.

8. The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to current Abakan shareholders, and retains jurisdiction to consider all further applications arising out of or in connection with the settlement. The Court may approve the settlement and any of its terms, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to current Abakan shareholders.

9. In accordance with the prior Order on Stipulation (ECF No. 147), the Court hereby extends the stay of this action, including all deadlines and discovery, until such time as the Court

enters an order on Plaintiff's motion for final approval of the settlement. In the event the Court denies Plaintiff's motion for final approval of the settlement, the parties will jointly seek the entry of a new scheduling order, if necessary.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: *[signature]*
Oct. 2, 2017.